UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 13-60239-CR-DIMITROULEAS

    Plaintiff,

vs.

CHRISTOPHER HOLMES,

    Defendant.
_____/

**O R D E R**

THIS MATTER came before the Court on Defendant's Motion to Modify Supervised Release. [DE-62]. After due consideration, it is

ORDERED AND ADJUDGED that Defendant's Motion [DE-62] is hereby Granted. Probation may install the device and monitor it. Monthly costs are to be paid by the Defendant.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of May, 2018.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Michael E. Dutko, Sr., Esquire
Corey Steinberg, AUSA
Michael Parrish, USPO